No. 87–201.  MANSELL v. MANSELL.  Appeal from Ct. App. Cal., 5th App. Dist.  Probable jurisdiction noted.

No. 87–1020.  DAVIS v. MICHIGAN DEPARTMENT OF THE TREASURY.  Appeal from Ct. App. Mich.  Probable jurisdiction noted.

No. 87–1821.  MODJESKI & MASTERS v. CARTER ET AL.  Appeal from Sup. Ct. La.  Probable jurisdiction noted.

No. 87–248.  BROWER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CALDWELL (BROWER), ET AL. v. COUNTY OF INYO ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 87–1485.  BLANCHARD v. BERGERON ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 87–1905.  MIDLAND ASPHALT CORP. ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari granted.

No. 87–1703.  ROBERTSON, CHIEF OF THE FOREST SERVICE, ET AL. v. METHOW VALLEY CITIZENS COUNCIL ET AL.; and

No. 87–1704.  MARSH, SECRETARY OF THE ARMY, ET AL. v. OREGON NATURAL RESOURCES COUNCIL ET AL.  C. A. 9th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: No. 87–1703, 833 F. 2d 810; No. 87–1704, 832 F. 2d 1489.

No. 87–1815.  KENTUCKY DEPARTMENT OF CORRECTIONS ET AL. v. THOMPSON ET AL.  C. A. 6th Cir.  Motion of respondents for leave to proceed in forma pauperis granted.  Certiorari granted.

No. 85–6825.  ANDERSON v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 87–377.  MCINTOSH ET AL. v. CARLUCCI, SECRETARY OF DEFENSE, ET AL.  C. A. 8th Cir.  Certiorari denied.